Kari L. Ley, Cal. Bar No. 142899
The Law Offices of Kari L. Ley
264 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone (559)324-6545
Facsimile (559)324-6548
Email Ley1238@att.net

Attorney for Debtor ERICH LEE RUSSELL

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ERICH LEE RUSSELL<br><br>                    Debtor. | Case No. 9:20-bk-10035-DS<br><br>Chapter 11<br><br>**DECLARATION OF ERICH RUSSELL IN RESPONSE TO FARM CREDIT WEST MOTION RE USE, ACCOUNTING AND CONTROL OF CASH COLLATERAL**<br><br>Hearing Set For:<br><br>Date:  February 18, 2020<br>Time:  11:30 a.m.<br>Place:  Courtroom 201<br>          United States Bankruptcy Court<br>          1415 State Street<br>          Santa Barbara, CA 93101 |

I, Erich Lee Russell, hereby declare and state:

    1.    I am the debtor and debtor in possession in this proceeding. Each of the facts set forth herein are based on my own personal knowledge and if called as a witness I could competently testify thereto.

    2.    I am the owner of approximately 480 acres of real property located in Paso Robles, California, which I have owned since approximately 1999. Located on the 480 acres is my personal residence, wine grape vineyard, and a multi million dollar winery which I operate.

(The Russell real property and improvements located thereon are hereinafter collectively referred to as the "Russell Property").

3.      In 2007 Farm Credit West refinanced the purchase money mortgagers on the Russell Property and agreed to an additional line of credit for $2.5 million, for a total of $17.5 million. Said amount was secured by a Deed of Trust on the Russell Property.  (Loan 1)

4.      In January 2009 FCW refused to renew the line of credit and instead required me to convert the line of credit into a fixed term loan for $3,525,000. (Loan 2). Both loans were secured by the Deed of Trust.

5.      As a result of the drought that began in 2006 and continued through 2016 a substantial amount of the vineyard on the Russell Property was adversely effected and destroyed causing the vineyard production and income to substantially decline.

6.      As a result of these multiple years of severe and record drought, grape deliveries to the winery also substantially declined causing the Russell Rabbit Ridge winery income to substantially decline.

7.      As a result of the severe and devastating drought, and the resulting decline in the Russell wine grape production and winery's income, I struggled to make the principal and interest payments on the Farm Credit West (hereinafter "FCW") loans.
FCW claims it is currently owed approximately $19,896,215 on the two loans.

8.      In an attempt to satisfy FCW and work my way out of the adverse effects of the drought I caused all of the Russell Property to be listed for sale except the Live Oak Road property which is where my residence is located.  After approximately 3 years of attempting to sell the Russell Property I received a net offer of approximately $7,000,000 for the San Marcos Road property which includes the winery, and no offers on the Texas Road Property which was listed at $4,250,000.  As a result of the adverse effects of the drought and declining market conditions I believe all of the current Russell Property including the winery equipment and farm equipment are currently worth approximately $15,000,000, which is approximately $5,000,000 less than is allegedly owed to FCW

9.      None of the Russell Property 2019 grape crop sales  proceeds have been used or spent since the filing of my Ch. 11 petition on January 10, 2020. I also agree not to use Russell Property 2019 grape crop proceeds cash collateral without express written consent of FCW or approval from the Court during the pendency of this Ch. 11 proceeding.

10.      The Russell Property 2019 crop  proceeds have been in, and deposited into the Debtor in Possession bank account, since the filing of my Ch. 11 petition. I also agree to continue to deposit the Russell Property 2019 grape  crop proceeds cash collateral into the Debtor in Possession bank account as received during the pendency of the Ch. 11 proceeding.

11.      I provided the majority of the information concerning the receipt and use of the Russell Property 2019 grape crop sales proceeds and use to FCW's counsel during the 341 Creditors Meeting on February 13, 2020. I am also willing to provide FCW with additional information concerning the receipt and use of the Russell Property 2019 grape crop sales proceeds as required by law or ordered by the Court.

12.      I have not misappropriated, or used any of the Russell Property 2019 grape crop proceeds since the filing of his Ch. 11 petition, there is no basis or need for a lien replacement order.

13.      Regarding FCW's request for the terms of the sale of the Russell Property 2019 grape crop and any related correspondence, I am willing to provide FCW the requested information subject to a protective order protecting the disclosure of that information to any other third parties.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 14th day of  February 2020, at San Luis Obispo County, California.

                                        /s/ Erich Lee Russell
                                        ERICH LEE RUSSELL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
264 Clovis Avenue, Suite 208, Clovis CA 93612

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ERICH RUSSELL IN
RESPONSE TO FARM CREDIT WEST MOTION RE USE, ACCOUNTING AND CONTROL OF CASH COLLATERAL

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
02/14/2020        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

    Brian D. Fittipaldi  brian.fittipaldi@usdoj.gov
    United States Trustee (ND)  ustpregion16.nd.ecf@doj.com
    Michael J. Gomez Atty for Farm Credit West mgomez@frandzel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   02/14/2020       , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

    See attached Service List

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   02/14/2020       , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

    Chambers of Judge Deborah J. Saltzman (by overnight mail)
    Edward R. Roybal Federal Building and Courthouse
    255 E. Temple Street, Suite 1634, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/14/2020 | Kari L. Ley | /s/ Kari L. Ley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In Re Erich Lee Russell
USBC Central District of California
Case 9:20-bk-10035-DS Mailing List

Umpqua Bank
P.O. Box 2224
Spokane, WA 99210

Farm Credit West, FLCA
3755 Atherton Drive
Rocklin, CA 95765

County of San Luis Obispo
Tax Collector
1055 Monterey Street RoomD290
San Luis Obispo, CA 93408

Joanne Russell
2380 Live Oak Road
Paso Robles, CA 93446

Farm Credit West, FLCA
c/o Frandzel Robins Bloom &Csato, L.C.
Attn: Michael J. Gomez, Esq.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017