PETER C. ANDERSON
UNITED STATES TRUSTEE
Ken Misken
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN: 146864
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Facsimile:  (805) 957-4103
E-mail: brian.fittipaldi@usdoj.gov

FILED & ENTERED

JUN 04 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bertelsen DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ERICH LEE RUSSELL,<br><br>Debtor. | Case No. 9:20-bk-10035-DS<br><br>Chapter 11<br><br>**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION TO DISIMISS CASE WITH A BAR TO REFILING**<br><br>Hearing:<br>Date:  June 1, 2020<br>Time:  11:30 a.m.<br>Place:  Courtroom 201<br>         1415 State Street<br>         Santa Barbara, CA 93101<br>*Telephonic Appearances* |

A telephonic hearing was held at the above-captioned date and time on the United States Trustee's "Motion Under 11 U.S.C. § 1112(b) to Dismiss or Convert Case" (the "Motion," Docket No. 65).  On April 14, 2020, Erich Lee Russell filed an opposition to the Motion (the "Opposition," Docket No. 90).  Appearances were made as reflected on the record of the hearing.

The court has reviewed and considered the Motion; the Opposition; the statements, representations, and argument made by counsel at the hearings on the Motion; and the record in this case.  Notice of the Motion was proper.  Cause has been shown for the relief requested.  For these reasons and the reasons stated on the record of the hearing,

1

1     IT IS HEREBY ORDERED that the Motion is granted, and the above-captioned case is dismissed.

    IT IS FURTHER ORDER that from the date of entry of this order, the Debtor has a 180-day bar to refiling pursuant to 11 U.S.C. § 109(g)(1) and 109(g)(2).

###

Date: June 4, 2020

Deborah J. Saltzman
United States Bankruptcy Judge